IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                      :
                                            :
TK HOLDINGS, INC., et al.,                  :        Bankruptcy Case No. 17-11375 (BLS)
                                            :
            Debtors.                        :
                                            :
_____                 :
                                            :
JOYSON SAFETY SYSTEMS                        :
ACQUISITION LLC,                            :
                                            :
            Appellant,                      :
                                            :
      v.                                     :        Civil Action No. 20-896-RGA
                                            :
AUTOMOTIVE COALITION FOR                     :
TRAFFIC SAFETY, INC.                         :
                                            :
            Appellees.                       :

**O R D E R**

        WHEREAS, the Magistrate Judge filed a recommendation that this case be

withdrawn from the process of mediation (D.I. 12);

        WHEREAS, this Court So Ordered that recommendation on August 20, 2020

(D.I. 13);

        NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to

the following briefing schedule:

        Appellant's Opening Brief on appeal shall be filed within **thirty (30) days** of the

date of this Order.

        Appellee's Answering Brief on appeal shall be filed withing **thirty (30) days** of

receipt of opening brief.

Appellant's Reply Brief on appeal shall be filed within **fourteen (14) days** of receipt of answering brief.


August 20, 2020              /s/ Richard G. Andrews
     DATE                 UNITED STATES DISTRICT JUDGE